IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE McMANUS,

      **Plaintiff,**

v.                                      Case No. 1:17cv137-MW/GRJ

**GAINESVILLE HOUSING
AUTHORITY, et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 10. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without leave to amend." The Clerk shall close the file.

**SO ORDERED on July 31, 2017.**

                                              **s/Mark E. Walker             
United States District Judge**